**LONDON GUARANTEE & ACCIDENT CO., Limited, v. LEEFSON.**

Circuit Court of Appeals, Third Circuit. January 16, 1930.

No. 4226.

Layton M. Schoch, of Philadelphia, Pa. (Pepper, Bodine, Stokes & Schoch, of Philadelphia, Pa., of counsel), for appellant.

L. Stauffer Oliver, of Philadelphia, Pa. (Paxson Deeter, of Philadelphia, Pa., of counsel), for appellee.

Before WOOLLEY and DAVIS, Circuit Judges, and MORRIS, District Judge.

PER CURIAM. Affirmed on opinion of Kirkpatrick, District Judge, sur motion for a new trial.